**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiff
JOHNNY MIRELES,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY MIRELES,<br><br>        Plaintiff,<br><br>    vs.<br><br><br>CAPITAL ONE BANK, N.A.,<br><br>                Defendant(s), | Case No.: 2:17-cv-06242-JAK-SK<br><br>**NOTICE OF SETTLEMENT** |

## <u>NOTICE OF SETTLEMENT</u>

NOW COMES Plaintiff, JOHNNY MIRELES, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously

- 1 -

as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* stipulation of dismissal, with prejudice, within sixty (60) days.

RESPECTFULLY SUBMITTED,

Dated: February 21, 2018          **MARTIN & BONTRAGER, APC**

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
*Attorney for Plaintiff*

- 2 -

NOTICE OF SETTLEMENT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of February, 2018, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.

NOTICE OF SETTLEMENT